UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  2:21-mj-1096-NPM

PATRICK WILLIAMS
_____

### ORDER OF DETENTION PENDING FINAL REVOCATION HEARING

Pursuant to 18 U.S.C. § 3143(a)(1) and Rule 32.1(a)(6), the Court "shall" detain an alleged violator of supervised release unless the person can show by "clear and convincing evidence" that he will not flee or pose a danger to any other person or to the community. The Court finds that Patrick Williams did not meet this burden.

Therefore, Williams shall be detained without prejudice pending a Final Revocation Hearing. Williams shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Williams to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**ORDERED** in Fort Myers, Florida on July 12, 2021.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

c: Counsel of Record and United States Marshals Service